FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Friday, March 06, 2015

District Attorney Harris County
Devon Anderson
Appellate Section
1201 Franklin St. Ste. 600
Houston, TX 77002-1901
* DELIVERED VIA E-MAIL *

Kelly Ann Smith
P.O. Box 10751
Houston, TX 77206
* DELIVERED VIA E-MAIL *

**Re:** JOHNSON, JIMMIE
**CCA No.** PD-1631-14
**Trial Court Case No.** 1346765

**COA No.** 01-13-01056-CR

This Court is in receipt of the Appellant's Petition for Discretionary Review in the above styled cause number. Records reflect an Opinion was issued by the 1st Court of Appeals on October 30, 2014, affirming the conviction; a motion for rehearing was not filed. The Appellant filed an extension of time to file Petition for Discretionary Review on December 16, 2014 and the motion was granted on this same date; Petition for Discretionary Review was due in the Court of Criminal Appeals on January 14, 2015. The 1st Court of Appeals issued mandate in the above styled cause on February 27, 2015.

Appellant has filed a second motion to extend time to file Petition for Discretionary Review. Since the 1st Court of Appeals has issued mandate in this case, that motion has been denied. NO ACTION WILL BE TAKEN ON THIS PETITION. The petition is being scanned and made a permanent part of the record in this Court.

Sincerely,

Abel Acosta, Clerk

cc:   1st Court Of Appeals Clerk (DELIVERED VIA E-MAIL)